TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ROSS ARELLANO EDWARDS
Assistant United States Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Ross.Arellano.Edwards@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1.  Luis Adair Chavez Sauceda,<br>(Counts 1 – 2)<br><br>2.  Omar Lopez,<br>(Count 3)<br><br>Defendants. | No.   CR-26-00866-PHX-SMB (DMF)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 554(a)<br>(Attempted Smuggling Goods from the United States)<br>Counts 1 – 2<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Count 3<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 17, 2026, in the District of Arizona, Defendant LUIS ADAIR CHAVEZ SAUCEDA, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 9,995 rounds of 5.56x45mm ammunition, 30 rounds of 12-gauge shotgun ammunition, 100 rounds of 9x19mm ammunition, two

Century Arms VSKA Trooper 7.62x39mm rifles; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about July 4, 2026, in the District of Arizona, Defendant LUIS ADAIR CHAVEZ SAUCEDA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Taurus 9x19mm pistol, one TX 22LR pistol, 5,000 rounds of 7.62x39mm ammunition, and 221 rounds of 22LR ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 3

On or about June 17, 2026, in the District of Arizona, Defendant OMAR LOPEZ, knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive Firearms Unknown, a federal firearms licensee under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant OMAR LOPEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearm for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

- 2 -

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 – 3 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.  If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 28, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney

- 4 -